**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GUANGZHOU MANSHENG TECHNOLOGY CO. LTD.,**<br><br>              Plaintiff,<br><br>     v.<br><br>**THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>              Defendants. | **Civil Action No. 25-cv-3962** |

**SCHEDULE A – SEALED DOCUMENT**

    This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

| | |
|---|---|
| DATED April 11, 2025. | Respectfully submitted,<br><br>By: */s/ Tong Jin*<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Tong Jin<br>New York Bar No. 5871959<br>tjin@nilawfirm.com<br><br>**NI, WANG & MASSAND, PLLC**<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 331-4600<br>Fax: (972) 314-0900<br><br>*Counsel for Plaintiff* |