**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GUANGZHOU MANSHENG TECHNOLOGY CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>Defendants. | **Civil Action No. 25-cv-3962** |

## EXHIBIT 1 – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.

DATED April 11, 2025.                                    Respectfully submitted,

By: */s/ Tong Jin*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Tong Jin
New York Bar No. 5871959
tjin@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*